STATE OF NEW JERSEY v. JOHN W. UVEGES.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM WAHL.

April 28, 1987.

Petition for certification granted; the Order of the Appellate Division is summarily reversed, and the July 18, 1985, judgment of conviction and sentence is reinstated. See *State v. Hartye,* 105 *N.J.* 411 (1987).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. CURTIS R. DAVIS.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL J.W. HARING.

April 28, 1987.

Petition for certification denied.